UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| XOUCHI JONATHAN THAO, Special Administrator for the Estate of Kongchi Justin Thao, Plaintiff - Appellant<br><br>v.<br><br>GRADY COUNTY CRIMINAL JUSTICE AUTHORITY, Defendant - Appellee | Case No. 24-6226 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

XOUCHI JONATHAN THAO, Special Administrator for the Estate of Kongchi Justin Thao, Plaintiff-Appellant, in the above-captioned case.

Jennifer J. Clark
Name of Counsel

/s/ *Jennifer J. Clark*
Signature of Counsel

Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
(202)736-8954
Mailing Address and Telephone Number

Jennifer.clark@sidley.com
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

December 3, 2024
Date

/s/ *Jennifer J. Clark*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____ I sent a copy of this Entry of Appearance Form to:
                  [date]

_____

at_____,

the last known address/email address, by _____.
                                                          [state method of service]

December 3, 2024
Date

/s/ *Jennifer J. Clark*
Signature