FILED
United States Court of Appeals
Tenth Circuit

November 26, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| XOUCHI JONATHAN THAO, Special Administrator for the Estate of Kongchi Justin Thao, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GRADY COUNTY CRIMINAL JUSTICE AUTHORITY, <br><br> Defendant - Appellee, <br><br> and <br><br> JAMIE MEYER; JOHN BAKER; RALPH BEARD; JIM WEIR; JACK WEAVER; JIM GERLACH, <br><br> Defendants. | No. 24-6226 <br> (D.C. No. 5:19-CV-01175-JD) <br> (W.D. Okla.) |

_____

**JUDGMENT**
_____

Before **McHUGH**, **EID**, and **ROSSMAN**, Circuit Judges.
_____

This case originated in the District of Western Oklahoma and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the Western District of Oklahoma for

further proceedings in accordance with the opinion of this court.

                                                        Entered for the Court

                                                        CHRISTOPHER M. WOLPERT, Clerk