**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 21, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

XOUCHI JONATHAN THAO, Special Administrator for the Estate of Kongchi Justin Thao,

    Plaintiff - Appellant,

v.

GRADY COUNTY CRIMINAL JUSTICE AUTHORITY,

    Defendant - Appellee,

and

JAMIE MEYER, et al.,

    Defendants.

No. 24-6226
(D.C. No. 5:19-CV-01175-JD)
(W.D. Okla.)

---

**ORDER**

---

Before **McHUGH**, **EID**, and **ROSSMAN**, Circuit Judges.

---

Appellee's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular

active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

Per Curiam